UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JAMES SNOWDEN,  :
                         Plaintiff,  :
                           :
v.  :    **ORDER**
                           :
DOUGLAS SOLOMON, JILL WEYERS,  :  17 CV 2631 (VB)
CARMEN RUE, VILLAGE OF MONTICELLO,  :
ROBERT MIR, and RAYMOND NARGIZIAN,  :
                         Defendants.  :
--------------------------------------------------------------x

      As discussed at an on-the-record conference held today, which counsel for all parties attended in person, it is HEREBY ORDERED:

      1.    The parties shall re-contact the Court-appointed mediator previously assigned to this case and pursue mediation in good faith.

      2.    Defendants' motion for summary judgment is due May 20, 2019; plaintiff's opposition is due June 20, 2019; and defendants' reply is due July 11, 2019.

Dated: March 18, 2019
       White Plains, NY

                                                     SO ORDERED:

                                                     _____
                                                     Vincent L. Briccetti
                                                     United States District Judge