# DRAKE LOEB PLLC
ATTORNEYS AT LAW

555 Hudson Valley Avenue, Suite 100
New Windsor, New York 12553

Phone: 845-561-0550
Fax: 845-561-1235
www.drakeloeb.com

James R. Loeb
Richard J. Drake, retired
Glen L. Heller*
Marianna R. Kennedy
Gary J. Gogerty
Stephen J. Gaba
Adam L. Rodd
Dominic Cordisco
Timothy P. McElduff, Jr.
Ralph L. Puglielle, Jr.
Nicholas A. Pascale

Alana R. Bartley
Aaron C. Fitch
Emily R. Worden
Judith A. Waye

Jennifer L. Schneider
Managing Attorney

*LL.M. in Taxation

May 14, 2019

**VIA ECF**
Hon. Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
Courtroom 620
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    Snowden v. Solomon
            Case No.: 17-cv-02631-VB
            Our File No.: 08977-68463

Dear Judge Briccetti:

    My firm represents the defendants, Douglas Solomon, Jill Weyer, Carmen Rue, Village of Monticello, Robert Mir, and Raymond Nargizian, in the above-referenced matter. With the consent of the plaintiff's counsel, I am writing to request a brief extension of time to submit the defendants' Rule 56 motion for summary judgment, which is currently required to be served on or before May 20, 2019, in order to further confer with my clients.

    Under the revised briefing schedule, the defendants' Rule 56 motion would be required to be served on or before June 10, 2019 with the plaintiff's opposition papers required to be served on or before July 11, 2019 and the defendants' reply papers required to be served on or before August 1, 2019. This request is the defendants' first request for an extension of time.

    I thank the Court for its consideration.

Respectfully,

RALPH L. PUGLIELLE, JR.

RLP/lu/747761

cc:    **VIA ECF**
        Michael H. Sussman, Esq.

Writer's Direct
Phone: 845-458-7341
Fax: 845-458-7342
rpuglielle@drakeloeb.com