
**DRAKE LOEB** PLLC
ATTORNEYS AT LAW

555 Hudson Valley Avenue, Suite 100
New Windsor, New York 12553

Phone: 845-561-0550
Fax: 845-561-1235
www.drakeloeb.com

James R. Loeb
Richard J. Drake, retired
Glen L. Heller*
Marianna R. Kennedy
Gary J. Gogerty
Stephen J. Gaba
Adam L. Rodd
Dominic Cordisco
Timothy P. McElduff, Jr.
Ralph L. Puglielle, Jr.
Nicholas A. Pascale

Alana R. Bartley
Aaron C. Fitch
Emily R. Worden
Judith A. Waye

Jennifer L. Schneider
Managing Attorney

*LL.M. in Taxation

June 10, 2019

**VIA ECF**
Hon. Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
Courtroom 620
300 Quarropas Street
White Plains, New York 10601-4150

> Re: Snowden v. Solomon
> Case No.: 17-cv-02631-VB
> Our File No.: 08977-68463

Dear Judge Briccetti:

My firm represents the defendants, Douglas Solomon, Jill Weyer, Carmen Rue, Village of Monticello, Robert Mir, and Raymond Nargizian, in the above-referenced matter. With the consent of the plaintiff's counsel, I am writing to request an extension of time to submit the defendants' Rule 56 motion for summary judgment, which is currently required to be served today, to Friday, June 14, 2019, in order to further confer with my clients and coordinate with them regarding their affidavits.

Under the revised briefing schedule, the defendants' Rule 56 motion would be required to be served on or before Friday, June 14, 2019, with the plaintiff's opposition papers required to be served on or before July 15, 2019 and the defendants' reply papers required to be served on or before August 5, 2019. This request is the defendants' second request for an extension of time; the defendants previously obtained a 20-day extension of time.

I thank the Court for its consideration.

Respectfully,

RALPH L. PUGLIELLE, JR.

RLP/lu/756327

cc: **VIA ECF**
    Michael H. Sussman, Esq.

Writer's Direct
Phone: 845-458-7341
Fax: 845-458-7342
rpuglielle@drakeloeb.com