UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JAMES SNOWDEN,　　　　　　　　　　　　　　　Hon. Vincent L. Briccetti

　　　　　　　　　　　Plaintiff,　　　　　　**NOTICE OF MOTION**

　-against-　　　　　　　　　　　　　　　　　Case No.: 17-cv-02631-VB

DOUGLAS SOLOMON, JILL WEYERS,
CARMEN RUE, VILLAGE OF MONTICELLO,
ROBERT MIR, RAYMOND NARGIZIAN,

　　　　　　　　　　　Defendants.
-----------------------------------------------------------------------X

| | |
|---|---|
| MOVING PARTIES: | Defendants – DOUGLAS SOLOMON, JILL WEYER, CARMEN RUE, VILLAGE OF MONTICELLO, ROBERT MIR, and RAYMOND NARGIZIAN |
| SUBMISSION SCHEDULE: | Defendants' Service of Motion: June 14, 2019 |
| | Plaintiff's Service of Opposition Papers: July 15, 2019 |
| | Defendants' Service of Reply Papers: August 5, 2019 |
| | Return Date of Motion: August 5, 2019 |
| SUPPORTING PAPERS: | Rule 56 Statement of Material Facts, Declaration of Ralph L. Puglielle, Jr. with Supporting Exhibits, Affidavits, and Memorandum of Law |
| RELIEF REQUESTED: | An Order pursuant to Fed. R. Civ. P. 56 granting summary judgment. |

Dated: June 14, 2019
　　　New Windsor, New York

Yours, etc.,

DRAKE LOEB PLLC

By: _____
Ralph L. Puglielle, Jr. (RP-4294)
*Attorneys for Defendants*
555 Hudson Valley Avenue, Suite 100
New Windsor, New York 12553
Tel. No.: (845) 561-0550

TO:   SUSSMAN & ASSOCIATES
*Attorneys for Plaintiff*
1 Railroad Avenue, 3rd Floor
P.O. Box 1005
Goshen, New York 10924
Attn.: Michael H. Sussman, Esq.
Tel. No.: (845) 294-3991