# EXHIBIT "W"

ORIGINAL

1

2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3  ----------------------------------------X
   JAMES SNOWDEN,
4
                           Plaintiff,
5
        -against-        Case No. 17-CV-02631-VB
6
   DOUGLAS SOLOMON, JILL WEYERS,
7  CARMEN RUE, VILLAGE OF MONTICELLO,
   ROBERT MIR, RAYMOND NARGIZIAN,
8
                           Defendants.
9  ----------------------------------------X

10            D E P O S I T I O N

11  of a Non-Party Witness, GORDON JENKINS, held

12  on December 10, 2018, commencing at 12:12 p.m.,

13  at the law offices of Drake Loeb, PLLC,

14  555 Hudson Valley Avenue, Suite 100, New

15  Windsor, New York, before Catherine Kunkel,

16  Certified Shorthand Reporter and Notary Public

17  in and for the State of New York.

18

19              *      *      *      *

20

21

22  -------------------------------------------
                LORA J. CURATOLO
23      NYS Certified Shorthand Reporter
             Ljcuratolo@optonline.net
24              (845) 464-7734

25

```
 1                    GORDON JENKINS
 2         about?
 3                    MR. PUGLIELLE:  During his
 4         employment as code enforcement officer
 5         while you were still in office.
 6    A.   James didn't report to anybody.
 7    Q.   Did he have to give reports to the board?
 8    A.   Yes, yes.  He did reports and stuff.
 9    Q.   Who were they issued to?
10    A.   Like he would have it all and he would --
11         it would go to the board.
12    Q.   Did he attend village board meetings?
13    A.   James -- yes.  James had to -- James did
14         village board meetings, he had to do
15         Planning Board meetings because the -- he
16         has to be involved in the village.  You
17         know what, he didn't even ask for money.
18         He did it because the more information
19         and the more you could work in the
20         village, the better off you are.
21    Q.   Did Mr. Snowden seek to implement any
22         policies as code enforcement officer?
23    A.   Yes, some of he worked with Dennis,
24         Dennis Lynch because Dennis, me, we would
25         sit, all of us, the whole -- how do we
```

1

2                        C E R T I F I C A T I O N

3

4

5

6              I, CATHERINE KUNKEL, CSR, Certified

7         Shorthand Reporter, Certificate No. 954,

8         and Notary Public in and for the State of

9         New York, do hereby certify that I

10        recorded stenographically the proceedings

11        herein at the time and place noted in the

12        heading hereof, and that the foregoing is

13        an accurate and complete transcript of

14        same to the best of my knowledge and

15        belief.

16

17

18

19        _____Catherine Kunkel_____

20             CATHERINE KUNKEL, CSR

21

22    Dated: 16 January 2019

23

24

25