

# TEAMWORK FOR MONTICELLO
## SOLOMON AND WEYER
### MONTICELLO TRUSTEES...

The opportunity is here for all of us to unite and work together for a great future. Please join your friends, neighbors, and family, and come out and vote Tuesday, March 18th for Doug Solomon and Jill Weyer for Trustees and reelect Judge Josephine Finn.

## MONTICELLO UNITED ALL THE WAY

MONTICELLO UNITED – Page 4