UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAMES SNOWDEN,
          Plaintiff,

v.

DOUGLAS SOLOMON, JILL WEYERS,
CARMEN RUE, VILLAGE OF
MONTICELLO, ROBERT MIR, and
RAYMOND NARGIZIAN,
          Defendants.
------------------------------------------------------------x

**ORDER**

17 CV 2631 (VB)

As discussed at a telephone conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1. All deadlines are stayed pending the outcome of defendants' interlocutory appeal currently pending in the Second Circuit. (Doc. #76).

2. Plaintiff's counsel advised the Court that he intends to move to dismiss the appeal. By June 18, 2020, and every ninety days thereafter, defendants' counsel shall update the Court by letter regarding the status of the appeal.

Dated: March 18, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge