

**DRAKE LOEB** PLLC
ATTORNEYS AT LAW

555 Hudson Valley Avenue, Suite 100
New Windsor, New York 12553

Phone: 845-561-0550
Fax: 845-561-1235
www.drakeloeb.com

James R. Loeb
Richard J. Drake, retired
Glen L. Heller*
Marianna R. Kennedy
Gary J. Gogerty
Stephen J. Gaba
Adam L. Rodd
Dominic Cordisco
Ralph L. Puglielle, Jr.
Nicholas A. Pascale

Alana R. Bartley
Aaron C. Fitch
Judith A. Waye
Michael Martens

Jennifer L. Schneider
Managing Attorney

*LL.M. in Taxation

June 18, 2020

**Via ECF**
Hon. Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
Courtroom 620
300 Quarropas Street
White Plains, New York 10601-4150

    Re: Snowden v. Solomon
       Case No.: 17-cv-02631
       Our File No.: 08977-68463

Dear Judge Briccetti:

  In accordance with the Court's directive at the March 18, 2020 conference, I am writing to provide a status update of the defendants' appeal from the Court's Opinion and Order denying the defendants' motion for summary judgment. In that regard, the defendants duly perfected their appeal on June 11, 2020.

  I thank the Court for its attention to this matter.

                  Respectfully,

                  RALPH L. PUGLIELLE, JR.

RLP/lu/867381

  **Via ECF**
cc: Michael H. Sussman, Esq.

Writer's Direct
Phone: 845-458-7341
Fax: 845-458-7342
rpuglielle@drakeloeb.com