Case 7:17-cv-02631-VB Document 58 08/11/2020 08/11/20 Page 1 of 1

S.D.N.Y. – W.P.
17-cv-2631
Briccetti, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of August, two thousand twenty.

Present:
> Joseph F. Bianco,
> Michael H. Park,
> Steven J. Menashi,
> > *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 11 2020

James Snowden,

> *Plaintiff-Appellee*,

v.  20-735

Douglas Solomon, et al.,

> *Defendants-Appellants*,

Robert Mir,

> *Defendant*.

Appellee, through counsel, moves to dismiss this appeal for lack of jurisdiction. Upon due consideration, it is hereby ORDERED that the motion is DENIED without prejudice to renewal of the appealability argument before the merits panel. Appellants may appeal the denial of a motion for summary judgment on qualified immunity grounds provided they can support their defense on Appellee's version of the facts. *Lynch v. Ackley*, 811 F.3d 569, 576 (2d Cir. 2016) (internal quotation marks omitted).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/11/2020