

**DRAKE LOEB** PLLC
ATTORNEYS AT LAW

555 Hudson Valley Avenue, Suite 100
New Windsor, New York 12553

Phone: 845-561-0550
Fax: 845-561-1235
www.drakeloeb.com

James R. Loeb
Richard J. Drake, retired
Glen L. Heller*
Marianna R. Kennedy
Gary J. Gogerty
Stephen J. Gaba
Adam L. Rodd
Dominic Cordisco
Ralph L. Puglielle, Jr.
Nicholas A. Pascale

Alana R. Bartley
Aaron C. Fitch
Judith A. Waye
Michael Martens

Jennifer L. Schneider
Managing Attorney

*LL.M. in Taxation

April 30, 2021

**Via ECF**
Hon. Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
Courtroom 620
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    Snowden v. Solomon
            Case No.: 17-cv-02631
            Our File No.: 08977-68463

Dear Judge Briccetti:

    In accordance with the Court's March 25, 2021 Order, I am writing to advise that the Second Circuit Court of Appeals has denied the plaintiff's petition for a panel rehearing or, in the alternative, for a rehearing en banc. (A copy of the Court of Appeals' Order is enclosed.) For the reasons set forth in my March 18, 2021 letter (Doc. No. 90), it is respectfully requested that the Court schedule a conference in connection with the Village of Monticello's contemplated Rule 60 motion. I thank the Court for its consideration.

                                                   Respectfully,

                                                   RALPH L. PUGLIELLE, JR.

RLP/lu/963707
Enclosure

        **Via ECF**
cc:    Michael H. Sussman, Esq.

Writer's Direct
Phone: 845-458-7341
Fax: 845-458-7342
rpuglielle@drakeloeb.com