UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JAMES SNOWDEN,
                Plaintiff,

v.

VILLAGE OF MONTICELLO,
                Defendant.
-------------------------------------------------------------x

**ORDER**

17 CV 2631 (VB)

As discussed at the conference held today, attended by counsel for both parties, it is HEREBY ORDERED:

1. Defendant shall make its motion pursuant to Rule 60 by June 28, 2021. Plaintiff's opposition is due July 12, 2021. Defendant's reply, if any, is July 19, 2021.

2. By September 13, 2021, in accordance with Paragraph 4.A of the Court's Individual Practices, the parties shall submit a Joint Pretrial Order, which shall comply with both Fed. R. Civ. P. 26(a)(3) and the Court's Individual Practices.

3. By November 8, 2021, the parties shall file any motions in limine, proposed voir dire, joint proposed jury instructions, and a joint verdict form. (See Paragraph 4.B of the Court's Individual Practices.) The parties' joint proposed jury instructions shall consist of a single document, noting any areas of disagreement between the parties. The proposed instructions should include both the text of any requested instruction as well as a citation, if available, to the authority from which it derives. The proposed instructions should also be submitted by email to Chambers in Word format.

4. With regard to the joint proposed jury instruction and joint verdict form, the parties shall make every good faith effort to agree upon the proposed language; "joint" with respect to these two documents does not mean submitting one document to the Court with two

different sets of proposed jury instructions and/or one document containing two different verdict forms.

5. Oppositions to motions in limine, if any, are due November 22, 2021. No replies will be permitted absent prior Court approval.

6. A final pretrial conference is scheduled for December 8, 2021, at 3:00 p.m. This conference will be conducted in person at the Courthouse.

7. Jury selection and trial are tentatively scheduled to begin December 13, 2021, at 9:30 a.m., subject to the Court's COVID-19 scheduling protocols, absent further Court Order.

Dated: June 14, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge