UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| JAMES SNOWDEN, | Hon. Vincent L. Briccetti |
| Plaintiff, | **NOTICE OF MOTION** |
| -against- | Case No.: 17-cv-02631-VB |
| VILLAGE OF MONTICELLO, | |
| Defendant. | |

------------------------------------------------------------------X

| | |
|---|---|
| MOVING PARTY: | Defendant |
| SUBMISSION SCHEDULE: | Defendant's Service of Motion: June 28, 2021 |
| | Plaintiff's Service of Opposition Papers: July 12, 2021 |
| | Defendant's Service of Reply Papers: July 19, 2021 |
| SUPPORTING PAPERS: | Declaration of Ralph L. Puglielle, Jr. with Supporting Exhibits, and Memorandum of Law |
| RELIEF REQUESTED: | An Order pursuant to Fed. R. Civ. P. 60 vacating the Court's Opinion and Order denying the Village of Monticello's motion for summary judgment and, upon reconsideration, granting the motion |

Dated: June 28, 2021
     New Windsor, New York

                               Yours, etc.,

                               DRAKE LOEB PLLC

                               By: _____
                               Ralph L. Puglielle, Jr. (RP-4294)
                               *Attorneys for Defendant*
                               555 Hudson Valley Avenue, Suite 100
                               New Windsor, New York 12553
                               Tel. No.: (845) 561-0550

TO:   SUSSMAN & ASSOCIATES
*Attorneys for Plaintiff*
1 Railroad Avenue, Suite 3
P.O. Box 1005
Goshen, New York 10924
Attn.: Michael H. Sussman, Esq.
Tel. No.: (845) 294-3991