# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of August, two thousand twenty-one.

Before:  Debra Ann Livingston,
  *Chief Judge*,
  Denny Chin,
  Michael H. Park,
  *Circuit Judges*.

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: **August 3, 2021** |

James Snowden,

  Plaintiff - Appellee,

v.

Douglas Solomon, Jill Weyer, Village of Monticello, Raymond Nargizian, Carmen Rue,

  Defendants - Appellants.

**STATEMENT OF COSTS**

Docket No. 20-735

IT IS HEREBY ORDERED that costs are taxed in the amount of $1,755.00 in favor of the Appellants.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/03/2021