UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAMES SNOWDEN,                                        :
              Plaintiff,                         :
                                   :
                                   :       **ORDER**
v.                                                                  :
                                   :       17 CV 2631 (VB)
VILLAGE OF MONTICELLO,                       :
              Defendant.                     :
------------------------------------------------------------x

       The parties are advised of the following change in the tentative date for jury selection and

trial in this case:  **The tentative date for jury selection and trial is now December 15, 2021, at**

**9:30 a.m.**  This trial is currently a <u>back-up</u> to another trial scheduled for that same date pursuant to

the Court's COVID-19 scheduling protocols.  To be clear, <u>the December 15 date is not a firm date</u>.

As soon as the Court determines whether this case can proceed to trial on December 15, 2021, or

whether it has to be adjourned, the Court will notify the parties.

       The deadlines and final pretrial conference date set forth in the Court's Order of June 14,

2021 (Doc. #102) remain unchanged, except that the proposed joint pre-trial order is now due

September 27, 2021 (<u>see</u> Doc. #112).

Dated: September 15, 2021
      White Plains, NY

                               SO ORDERED:

                               Vincent L. Briccetti
                               United States District Judge