UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAMES SNOWDEN,

                                Plaintiff,               17 cv 02631 (VB)

vs.                                                  **PLAINTIFF'S VOIR DIRE**
VILLAGE OF MONTICELLO,

                                Defendant.

------------------------------------------------------------x

By and through his counsel, Michael H. Sussman, Esq., plaintiff submits the following proposed *voir dire* for the petit jury:

1. Have you ever been suspended from a job?

2. Have you ever been terminated from a job for what your employer claimed was good cause?

3. If so, have you filed any legal action to contest your suspension or termination?

4. Have you, or any person close to you, ever been exposed to the release of asbestos?

5. Have you ever filed a complaint of retaliation against an employer?

6. Have you ever suspended or terminated another person from a job?

7. Have you been the subject of a lawsuit claiming that you retaliated against another in the workplace?

8. Have ever worked as a building inspector or as a code enforcement officer for a municipality?

9. Have you ever lived in the Village of Monticello?

10. Have you ever served as an elected official for a Town of Village in New York State?

11. Have you ever run for an elective position in a Town or Village in New York State?

12. Are you familiar with the following persons: [names of persons on both witness lists]?

13. Have any of you served on any committees associated with historical preservation?

Dated: October 5, 2021

                                          Respectfully submitted,

                                          Michael H. Sussman [3497]

Counsel for Plaintiff James Snowden
Sussman & Associates
PO Box 1005
Goshen, NY 10924
(845)-294-3991