

**DRAKE LOEB** PLLC
ATTORNEYS AT LAW

555 Hudson Valley Avenue, Suite 100
New Windsor, New York 12553

Phone: 845-561-0550
Fax: 845-561-1235
www.drakeloeb.com

James R. Loeb
Richard J. Drake, *retired*
Glen L. Heller*
Marianna R. Kennedy
Gary J. Gogerty
Stephen J. Gaba
Adam L. Rodd
Dominic Cordisco
Ralph L. Puglielle, Jr.
Nicholas A. Pascale

Alana R. Bartley
Aaron C. Fitch
Judith A. Waye
Michael Martens

Jennifer L. Schneider
Managing Attorney

*LL.M. in Taxation

November 12, 2021

**Via ECF**
Hon. Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
Courtroom 620
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    Snowden v. Village of Monticello
            Case No.: 17-cv-02631
            Our File No.: 08977-68463

Dear Judge Briccetti:

       My firm represents the defendant, Village of Monticello, in the above-referenced matter. Upon conferring with the plaintiff's counsel, I am writing to request a four-day extension of time from November 15, 2021 to November 19, 2021 for the parties to submit their proposed voir dire, proposed joint jury instructions, and proposed joint verdict form. In that regard, I am in the process of reviewing the plaintiff's proposed joint jury instructions and verdict sheet, and will provide my comments to the plaintiff's counsel on or before Monday. The parties do not seek an extension as to the November 15th deadline to submit any motions in limine. There has been one prior extension of time.

       I thank the Court for its consideration.

Respectfully,

RALPH L. PUGLIELLE, JR.

RLP/lu/1025485

**Via ECF**
cc:    Michael H. Sussman, Esq.
        Jonathan R. Goldman, Esq.

Writer's Direct
Phone: 845-458-7341
Fax: 845-458-7342
rpuglielle@drakeloeb.com