UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES SNOWDEN,                                              Hon. Vincent L. Briccetti

                Plaintiff,                        **NOTICE OF MOTION IN LIMINE**

  -against-                                                Case No.: 17-cv-02631-VB

VILLAGE OF MONTICELLO,

                Defendant.
------------------------------------------------------------X

| | |
|---|---|
| MOVING PARTY: | VILLAGE OF MONTICELLO |
| SUBMISSION SCHEDULE: | Pursuant to Court Order, the briefing schedule is as follows: |
| | Defendant's Service of Motion: November 15, 2021 |
| | Plaintiff's Service of Opposition Papers: November 29, 2021 |
| SUPPORTING PAPERS: | Declaration of Ralph L. Puglielle, Jr.; Exhibits; and Memorandum of Law |
| RELIEF REQUESTED: | An Order precluding the plaintiff from offering certain testimony and evidence at trial. |

Dated: November 15, 2021
       New Windsor, New York

                                  Yours, etc.

                                  DRAKE LOEB PLLC

                By: _____
                              RALPH L. PUGLIELLE, JR. (RP-4294)
                              *Attorneys for Defendant*
                              555 Hudson Valley Avenue, Suite 100
                              New Windsor, New York 12553
                              Tel. No.: (845) 561-0550
                              E-mail: rpuglielle@drakeloeb.com

TO:    SUSSMAN & ASSOCIATES
*Attorneys for Plaintiff*
1 Railroad Avenue, Suite 3
Goshen, New York 10924
Tel. No.: (845) 294-3991
Attn.: Michael H. Sussman, Esq.
      and Jonathan R. Goldman, Esq.
Email: sussman1@sussman.law
      jgoldman@sussman.law