UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JAMES SNOWDEN,
               Plaintiff,

v.

VILLAGE OF MONTICELLO,
               Defendant.
------------------------------------------------------------x

**ORDER**

17 CV 2631 (VB)

By Order dated September 15, 2021, the parties were advised of the December 15, 2021, <u>tentative</u> date for jury selection and trial, and that this trial was a back-up to another trial scheduled for that date. (Doc. #113). It now appears highly likely that the other trial will be going forward. However, the Court has been able to re-schedule the trial of this case for December 14, 2021 (which is a Tuesday). **To be clear, jury selection and trial in this case is now scheduled for December 14, 2021. This is a firm date.**

In addition, this case is in the process of being transferred from Judge Briccetti to Judge Seibel. Judge Seibel will therefore preside at the trial of this case. Judge Seibel's Chambers will notify the parties if the date for the final pretrial conference, or any of the pretrial deadlines, need to be re-scheduled.

Dated: November 19, 2021
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge