UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Snowden,

                        Plaintiff,

                v.

Solomon, et al.,

                        Defendant.
-----------------------------------------------------------------X

**JUDGMENT**

7:17-CV-02631 (CS)

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Cathy Seibel, United States District Judge, the jury having returned a verdict in favor of Defendant as to Plaintiff's First Amendment claim, judgment is entered in favor of the Defendant, and the case is closed.

DATED: White Plains, New York
              December 21, 2021

RUBY J. KRAJICK

Clerk of Court

So Ordered:

_Cathy Seibel_
U.S.D.J.

BY: _Walter Clark_
Deputy Clerk