UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES SNOWDEN,

                Plaintiff,

-against-

VILLAGE OF MONTICELLO,

                Defendant.
------------------------------------------------------------X

Hon. Cathy Seibel

**NOTICE OF TAXATION OF COSTS**

Case No.: 17-CV-2631 (CS)

      PLEASE TAKE NOTICE that upon the defendant's bill of costs, the affidavit of Ralph L. Puglielle, Jr., sworn to on January 4, 2022, and the exhibits annexed thereto, and all other pleadings and proceedings had herein, the defendant will move before the Clerk of the Southern District of New York at the United States District Courthouse for the Southern District of New York, located at 300 Quarropas Street in White Plains, New York 10601, on January 19, 2022 at 9:00 a.m. or as soon thereafter as counsel may be heard for an Order pursuant to Rule 54 of the Federal Rules of Civil Procedure and Rule 54.1 of the Local Rules of the Southern District of New York granting the costs sought by the defendant.

Dated: January 4, 2022
       New Windsor, New York

                              Yours, etc.

                              DRAKE LOEB PLLC

         By:    _____
                   RALPH L. PUGLIELLE, JR. (RP-4294)
                   *Attorneys for Defendant*
                   555 Hudson Valley Avenue, Suite 100
                   New Windsor, New York 12553
                   Tel. No.: (845) 561-0550
                   E-mail: rpuglielle@drakeloeb.com

TO:   SUSSMAN AND ASSOCIATES
      P.O. Box 1005
      1 Railroad Avenue, Ste. 3
      Goshen, New York 10924
      Attn.:  Michael H. Sussman, Esq.
              Jonathan R. Goldman, Esq.
      Tel. No.: (845) 294-3991
      Fax No.: (845) 294-1623