UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES SNOWDEN,

                    Plaintiff,

-against-

VILLAGE OF MONTICELLO,

                    Defendant.
-----------------------------------------------------------------X

Hon. Cathy Seibel

**AFFIDAVIT**

Case No.: 17-CV-2631 (CS)

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF ORANGE      )

      Ralph L. Puglielle, Jr., an attorney at law duly admitted to practice in the state of New York and before this Court, declares the following under the penalties of perjury:

      1.     I am a member of Drake Loeb PLLC, attorneys for the defendant. I am fully familiar with all aspects of the work performed by my firm on behalf of said defendant in the above-captioned matter. I make this Affidavit in support of the defendant's application for costs pursuant to FRCP 54 and Local Civil Rule 54.1.

      2.     On December 21, 2021, following a trial, a Judgment was entered in favor of the defendant dismissing the plaintiff's complaint. A copy of the Judgment is annexed hereto as Exhibit "A."

      3.     I have reviewed each item requested in the annexed Bill of Costs and affirm that each item is correct and has been necessarily incurred in this case, and that the services for which fees have been charged were actually and necessarily performed. Pursuant to FRCP 54(d)(1), the defendant is entitled to these costs as the prevailing party. A copy of the Bill of Costs is annexed hereto as Exhibit "B."

WHEREFORE, it is respectfully requested that the Clerk issue an Order granting the costs sought by the defendant in the amount of $2,656.01.

> RALPH L. PUGLIELLE, JR. (RP-4294)

Sworn to before me this
____ day of January 2022

_____
Notary Public

MARIAN L. LUONGO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01LU6209932
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES 08/03/2025