# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Snowden,

                              Plaintiff,

               v.

Solomon, et al.,

                              Defendant.
-----------------------------------------------------------------X

**JUDGMENT**

7:17-CV-02631 (CS)

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Cathy Seibel, United States District Judge, the jury having returned a verdict in favor of Defendant as to Plaintiff's First Amendment claim, judgment is entered in favor of the Defendant, and the case is closed.

**DATED:** White Plains, New York
             December 21, 2021

**RUBY J. KRAJICK**
Clerk of Court

So Ordered:

*Cathy Seibel*
U.S.D.J.

BY: *Walker Clark*
Deputy Clerk