# EXHIBIT "B"

AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| JAMES SNOWDEN | ) | |
| v. | ) | Case No.: 7:17-cv-02631-CS |
| VILLAGE OF MONTICELLO | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __12/21/2021__ against __JAMES SNOWDEN__,
_Date_
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................. | $ |
| Fees for service of summons and subpoena ............................................. | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 1,411.25 |
| Fees and disbursements for printing ................................................... | |
| Fees for witnesses *(itemize on page two)* .............................................. | 1,224.76 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ........................................ | |
| Docket fees under 28 U.S.C. 1923 .................................................... | 20.00 |
| Costs as shown on Mandate of Court of Appeals .......................................... | |
| Compensation of court-appointed experts ............................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ......................................................... | |
| **TOTAL** | **$ 2,656.01** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service    [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney: _(signature)_

Name of Attorney: Ralph L. Puglielle, Jr.

For: Village of Monticello                                   Date: 01/04/2022
_Name of Claiming Party_

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
_Clerk of Court_       _Deputy Clerk_       _Date_

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME, CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| David Sager, Monticello, New York (attendance at trial - 2 days - plus tolls/parking) | | | | | 400 | 240.50 | $240.50 |
| Raymond Nargizian, Monticello, New York (common carrier - car service) | | | | | | 937.95 | $937.95 |
| Gordon Jenkins, Monticello, New York (deposition witness fee) | | | | | 85 | 46.31 | $46.31 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | **$1,224.76** |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



### Great to see you!

Accept credit cards on your phone with a PayPal card reader.

## ✅ $291.69 USD

| | |
|---|---|
| **Amount** | $291.69 |
| Subtotal | $291.69 |
| Tip | $0.00 |
| **TOTAL** | **$291.69 USD** |

Transaction on December 15, 2021 at 9:09:03 AM PST
Order ID: 1572

I agree to pay above total amount according to card issuer agreement.

**💳 Payment Method**

⊙ SALE (Keyed)
American Express ************1037
Expiration date: 4/2023
Transaction ID: 8L860455AD279980U

This transaction will appear on your credit card statement as 'PP*WARWICKVALL'

**📋 Additional Details**

Authorization Code: 247546
Mode: Issuer

**👤 Merchant Information**

Warwick Valley car Service
Merchant ID: JL3Q2SV24DU88

**🏁 Purchase Location**



71 Old Chester Road
Goshen NY 10924, US

1 8455459141
WarwickValleyCarService@hotmail.com
Warwickvalleycarservice.com



*Location set by Merchant's device, may not be accurate.*

PayPal collects and uses your personal information in accordance with our Privacy Policy, which is available at www.paypal.com.

Please retain your receipt as proof of transaction.

**PayPal**

Leave your wallet at home, pay with the PayPal app.





# HARRISON
## CAR SERVICE

**Payment Receipt**

For Confirmation #81717

Transaction Date/Time: 12/16/2021
05:48 PM

| | |
|---|---|
| **Method:** | AmericanExpress ** 1037 |
| **Total Paid:** | $646.26 |
| **Transactions:** | AUTH_CAPTURE $646.26 (43117293935) |
| **Passenger:** | Raymond Nargizian |
| **Trip Confirmation#** | 81717 |
| **Trip Date & Time:** | 12/16/2021 01:00 PM |
| **Routing Information:** | **Pick-up Location:** US District Court, 300 Quarropas St White Plains, NY (US) 10601<br>**Drop-off Location:** 38 Dora Dr Monticello, NY (US) 12701 |

**Charges & Fees**

| | |
|---|---|
| Per Hour 6 x 75.00 | $450.00 |
| Svc. Charge 6.000% | $27.00 |
| NY Black Car Workers Comp Fund 3.000% | $17.61 |
| Sug. Grat 20.000% | $90.00 |
| Admin Fee | $5.00 |
| Tolls | $15.00 |
| White Plains Sls Tax 8.380% | $41.65 |
| **Reservation Total:** | **$646.26** |
| **Payments/Deposits:** | **$646.26** |
| **Authorizations:** | **$0.00** |
| **Total Due:** | **$0.00** |


# HARRISON
CAR SERVICE

Harrison, NY 10528
Tel: (914) 777-5466
Email: support@777limo.com

Confirmation

Reservation Confirmation # 81717                     Last Modified on: 12/15/2021 11:40 AM

**Try our new mobile web booking tool today click here**
Please click the link above and save our mobile web booking tool to your home screen. It makes booking simple. Just log into your account where your address, email, cell#, and cc# are all saved and reserve from there. If you've used our service in the past you already have an account, please **DO NOT** create another. Instead, please call, text or email us and we'll provide your log in credentials. Thanks in advance for trying it.

| | |
|---|---|
| **Pick-up Date:** | 12/16/2021 - Thursday |
| **Pick-up Time:** | 01:00 PM |
| **Passenger:** | Raymond Nargizian |
| **Client Ref#:** | |
| **Phone Number:** | (914) 260-6096 |
| **No. of Pass:** | 1 |
| **Luggage Count:** | 0 |
| **Addt'l Passengers:** | |
| **Vehicle Type:** | Sedan |
| **Primary/Billing Contact:** | Lauren Uhler |
| **Payment Method:** | AX |

| | |
|---|---|
| **Trip Routing Information:** | PU: -- : US District Court 300 Quarropas St White Plains, NY 10601<br>DO: -- : 38 Dora Dr Monticello, NY 12701 |

**Notes/Comments:**

**Charges & Fees**
Please note dynamic pricing is in effect. The rate quoted or listed on your confirmation may change based on availability at the time of your reservation.

| Rate Description | Amount |
|---|---|
| Flat Rate: | 294.00 |
| Svc. Charge: (6%) | 17.64 |
| NY Black Car Workers Comp Fund: (3%) | 11.71 |
| Sug. Grat: (20%) | 58.80 |
| Admin Fee: | 5.00 |
| Tolls: | 15.00 |

| | |
|---|---|
| **Reservation Total:** | 402.15 |
| **Payments/Retainers:** | 0.00 |
| **Authorizations:** | 0.00 |
| **Total Due:** | 402.15 |

**Terms & Conditions/ Reservation Agreement:**

**Cancellation Policy**

****If you cannot locate your vehicle, please call us immediately at 914-777-5466. Failure to call and leaving without contacting us will be deemed a "LATE CANCEL" and full charge will

apply . ****

For sedans and suvs please be sure to cancel at least four hours prior to your scheduled pick up time. Cancellations within four hours of your scheduled pick up time will be charged in full. Cancellations outside of the NY, NJ and CT markets require 24 hours notice or will be charged in full.
For sedan and suv as directed/hourly reservations, please be sure to cancel at least three days prior to your scheduled pick up time. Cancellations within three days of your scheduled pick up time will be charged in full.
For limos and executive vans please be sure to cancel at least 3 days prior to your scheduled pick up time. Cancellations within three days of your scheduled pick up time will be charged in full.
Limo van, limo mini coach, limo bus, mini coach and coach cancellations within 14 days of your scheduled pick up date will be charged in full.

### Wait Time Policy

We always monitor commercial flights with the airline so we know what your actual (as opposed to scheduled) arrival time will be. On those rare occasions when a commercial airline misjudges the actual arrival time, the following wait time policy will apply. For domestic flights, thirty minutes wait time is complimentary, for international flights sixty minutes wait time is complimentary. For private flights arriving at an FBO, wait time begins 15 minutes after the confirmed pick up time. Thereafter, wait time is billed at the rate of $1.25/min. for sedans, $1.50/min. for suvs and $2.00/min. for vans.
For all airport arrivals, wait time begins when the plane lands.

### Retainer

For all sedan and suv as directed/hourly reservations, a 50% non refundable retainer is due on confirmation of the reservation with the balance due 3 days prior to the reservation.
For all limo and executive van reservations, a 50% non refundable retainer is due on confirmation of the reservation with the balance due 3 days prior to the reservation.
For all limo van, jet style van, limo mini coach, limo bus, mini coach and coach reservations, a 50% non refundable retainer is due on confirmation of the reservation with the balance due 2 weeks prior to the reservation.

### Vehicle Availability

We reserve the right to substitute similar vehicles based on availability at our discretion.

### Client Responsibilities

****If you cannot locate your vehicle, please call us immediately at 914-777-5466. Failure to call and leaving without contacting us will be deemed a "LATE CANCEL" and full charge will apply . ****

The client assumes full financial liability for any damage to the vehicle caused during the duration of the rental by them or any members of their party. Interior detail fee is 250.00 for sedans and suvs, $500 for limos, mini coaches, limo buses, limo mini coaches and coach buses etc.
Alcohol consumption is prohibited by law unless there is a divider separating the driver from the passengers. Law prohibits minors (under 21 years of age) to possess or consume alcohol or drugs in any of our vehicles. If a passenger is found to possess said above, the run will be terminated and law enforcement officials will be contacted immediately.
It is illegal to stand through the sunroof. Any fines will be paid for by the customer.
The driver has the right to terminate service without refund if there is blatant indiscretion on the part of the client(s) including but not limited to possession or consumption of alcohol by minors, intoxicated passengers, etc.
Smoking is not permitted.
Harrison Car Service Inc is not responsible for delays or the termination of a reservation in severe weather conditions that causes the roads to be deemed unsafe (i.e. flooding, heavy snow, unsalted roads, accidents, etc.)
Harrison Car Service Inc is not liable in the event of a mechanical breakdown while on charter

and will only be responsible for making up lost time on a mutually agreed upon date and time. If inclement weather conditions occur, charges will be adjusted appropriately if excess time is required to complete a trip in progress. Such charges would then convert to $75/hour for a sedan (minimum 3 hours) and $90/hour for an suv (minimum 3 hours.)

We are not responsible for articles left in the vehicles. Please check to be certain you have all of your belongings before exiting the vehicle.
Vehicles cannot be loaded beyond seating capacity under any circumstances. Luggage is not allowed inside the seating areas of vehicles. Luggage is only allowed in the trunk.
By receiving this agreement via email, I understand all of the rules and regulations of the vehicle rental with Harrison Car Service Inc and any affiliates of Harrison Car Service Inc that may assist with my reservation.

| 12/22/2021 | David A. Sager | | | $240.50 |
|---|---|---|---|---|
| **Invoice Date** | **Invoice/Account No.** | **Description** | **Matter ID** | **Amount** |
| 12/22/2021 | 68463 | Travel Reimbursement | 08977-68463 | 240.50 |

---

**DRAKE LOEB PLLC**
OPERATING ACCOUNT
555 HUDSON VALLEY AVENUE SUITE 100
NEW WINDSOR, NY 12553
(845) 561-0550

**M&T Bank** 10-4-220    CHECK NO.    043176
Manufacturers and Traders Trust Company
Newburgh Plaza Office

Two Hundred Forty & 50/100 Dollars

**PAY** TO THE ORDER OF

DATE    AMOUNT
12/22/2021    240.50

David A. Sager
596 Swiss Hill Rd North
Jeffersonville, NY 12748

⑆043176⑆ ⑈022000461⑈ 983849401 2⑋

Mailed on 12/22

# Lora J. Curatolo

NYS Certified Shorthand Reporter
54 Old Farms Road
Poughkeepsie, NY 12603

845-464-7734   ljcuratolo@optonline.net

# Invoice

| Date | Invoice # |
|---|---|
| 1/17/2019 | 01996 |

| Bill To | Ship To |
|---|---|
| Drake Loeb, PLLC<br>555 Hudson Valley Avenue<br>Suite 100<br>New Windsor, New York  12553 | Drake Loeb, PLLC<br>555 Hudson Valley Avenue<br>Suite 100<br>New Windsor, NY 12553 |

| Terms |
|---|
| Due on receipt |

| Description | Amount |
|---|---|
| Stenographic Services<br>Case name: Snowden v. Solomon, et al.<br>Job Date: 12/10/2018<br>Attorney: Ralph L. Puglielle, Jr.<br><br>Deposition of Non-Party Witness - Gordon Jenkins<br>Original and one copy<br>Split billing<br>Your share of the cost of the transcript is: | 601.25 |

| Total | $601.25 |
|---|---|

# Lora J. Curatolo

NYS Certified Shorthand Reporter
54 Old Farms Road
Poughkeepsie, NY 12603

845-464-7734    ljcuratolo@optonline.net

# Invoice

| Date | Invoice # |
|---|---|
| 12/1/2018 | 01976 |

| Bill To | Ship To |
|---|---|
| Drake Loeb, PLLC<br>555 Hudson Valley Avenue<br>Suite 100<br>New Windsor, New York  12533 | Drake Loeb, PLLC<br>555 Hudson Valley Avenue<br>Suite 100<br>New Windsor, NY 12533 |

| Terms |
|---|
| Due on receipt |

| Description | Amount |
|---|---|
| Stenographic Services<br>Case Name: Snowden v. Solomon, et al.<br>Job Date: 11/12/2018<br>Attorney: Ralph L. Puglielle, Jr.<br><br>Deposition of Plaintiff - James Snowden<br>Original and one copy<br>Condensed transcript<br>pdf electronic file | 810.00 |
| **Total** | **$810.00** |

DRAKE LOEB PLLC

037159

| | | | | |
|---|---|---|---|---|
| 11/19/2018 | Gordon Jenkins | | | $46.31 |
| **Invoice Date** | **Invoice/Account No.** | **Description** | **Matter ID** | **Amount** |
| 11/19/2018 | | Witness Fee | 08977-68463 | 46.31 |

---

**DRAKE LOEB PLLC**
OPERATING ACCOUNT
555 HUDSON VALLEY AVENUE SUITE 100
NEW WINDSOR, NY 12553
(845) 561-0550

M&T Bank  10-4-220  CHECK NO.  037159
Manufacturers and Traders Trust Company
Newburgh Plaza Office

Forty-Six & 31/100 Dollars

PAY TO THE ORDER OF

DATE       AMOUNT
11/19/2018   46.31

Gordon Jenkins

⑈037159⑈ ⑆022000461⑆   983849401 2⑈